Thursday
12/21/23

V:
PIKE COUNTY JAIL

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 27 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

5:23cv116-DCB-BWR

Sworn to and subscribe before me, this Thursday 21st day of December, A.D. 2023, to the Clerk, U.S. District Court of Southern District of MISSISSIPPI.

I Montrell MAGee an inmate in Magnolia MISSISSIPPI, Pike County Jail is requesting to file a law sue against Pike County Jail on these grounds.

1. Due Process up under The U.S. CONSTITIONAL 5th Amendment of Article 3, Sec. 14

2.) Unhygienic Living Conditions - for instance upon my arrival here I was not provided a mat to sleep on for over a month just a blanket. I was forced to sleep on just the concrete floor with my blanket. And another example is our shower has mold growing all in them we barely get cleaning supplies to try to clean them.

3.) Inadequate medical - Upon arriving here they don't do no type of physical examination to see if in fact do we have any health issues for example, I put a request in concerning a very serious issue about when I have bile movements I have blood coming out my rectum which

I informed them about this numerous amount of time and to this day nothing has been done about this problem. Note that this has been going on for over 11 months now still with no response.

4.) Cruel & Unusual Punishment - This jail is violating state along with alot of Federal Regulations. From the way we are feed 2 supposely cold) Tray which are barely anything on it portions which aren't enough for a toddler & to top it off at the last meal we get a bag contaning 1# sandwich bologna 1# with 1# piece of cheese and 1# peanut butter sandwich with 1# Koolaid note this is suppose to hold a Fully grown adult from 5:00 p.m til 6:30 A.m which is impossible even for a kid. We also are housed a 48 man zone over populated with a cage which is locked with a door thats locked which all clearly is a Fire hazard with no fresh circulated air which is unhealthy as well, Not to mention the cover up with the inmates getting stabbed & beaten badly without any medical attention; Among the plumbing is bogged up to water is constantly running on the floor which is unsanitary. The reaction time for the officers to get back here is awful honestly a person can die before they react to anything that goes on in this jail Seriously our lives are in danger & we really need help. They're also denied me access to the law library since my arrival.